IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RICHARD HASSAIN ESTES,           )
              Petitioner,          )
                                   )        2:11cv690
              v.                   )        **Electronic Mail**
                                   )
SUPERINTENDENT OF S.C.I.H., et al., )
              Respondents.         )

## MEMORANDUM ORDER

AND NOW, this ___30th___ day of November, 2011, after the petitioner, Richard

Hassain Estes, filed a petition for a writ of habeas corpus, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties a period of

time after being served with a copy to file written objections thereto, and no objections having

been filed, and upon independent review of the petition and the record and upon consideration of

the Magistrate Judge's Report and Recommendation (Docket No. 22), which is adopted as the

opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner

Richard Hassain Estes (Docket No. 5) is dismissed and, because reasonable jurists could not

conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

D S Cercone
_____
David Stewart Cercone
United States District Judge

cc:    Richard Hassain Estes
        EW-1641
        SCI Huntingdon
        1100 Pike Street
        Huntingdon, PA 16654-1112
        *(Via First Class Mail)*

        Ronald W. Wabby, Jr., Esquire
        *(Via CM/ECF Electronic Mail)*