# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HASSAIN ESTES, | ) | |
| Petitioner, | ) | |
| | ) | 2:11cv690 |
| v. | ) | **Electronic Mail** |
| | ) | |
| SUPERINTENDENT OF S.C.I.H., et al., | ) | |
| Respondents. | ) | |

## MEMORANDUM ORDER

AND NOW, this  30th  day of November, 2011, after the petitioner, Richard Hassain Estes, filed a petition for a writ of habeas corpus, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 22), which is adopted as the opinion of this Court,

IT IS ORDERED that the petition for a writ of habeas corpus filed by petitioner Richard Hassain Estes (Docket No. 5) is dismissed and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is denied.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the petitioner desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

David Stewart Cercone
United States District Judge

cc: Richard Hassain Estes
EW-1641
SCI Huntingdon
1100 Pike Street
Huntingdon, PA 16654-1112
(*Via First Class Mail*)

Ronald W. Wabby, Jr., Esquire
(*Via CM/ECF Electronic Mail*)